UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In Re: Timothy Joseph Jewett letter of request from the local court of St. Ingbert, Germany for international assistance,

CASE NO. MS13-5024

ORDER APPOINTING MAGISTRATE JUDGE

This matter comes before the Court on the United States of America's application to appoint a United States Magistrate Judge as a Commissioner (Dkt. 1).

Upon review of the application, the Court grants the application for an appointment and the Honorable Karen L. Strombom, United States Magistrate Judge, is hereby appointed to assist the foreign tribunal in obtaining a DNA sample from Timothy Joseph Jewett pursuant to 28 U.S.C. § 1782. The proposed order to show cause is referred to Judge Strombom so that she may set the show cause hearing according to her calendar.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER